652 A.2d 291

Renee Y. HACKNEY

v.

John O. WOODRING, Jr., Lipco, Inc., t/d/b/a
Little People Day Care School.

Appeal of John O. WOODRING, Jr.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1994.

Decided Dec. 30, 1994.

Audrey E. Woloshin, York, for J. Woodring.

Robert D. Glessner, York, for R.Y. Hackney.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY,
CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order of Superior Court reversed. *See Kazatsky v. King
David Memorial Park, Inc.,* 515 Pa. 183, 527 A.2d 988 (1987).

PAPADAKOS, J., did not participate in the consideration or
decision of this case.

MONTEMURO, J., is sitting by designation.